AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

JESUS GONZALEZ,

*Plaintiff(s)*

v.  Civil Action No. 1:20-cv-24075-PCH

ESPLANADE SUITES, LLC, a foreign limited liability company,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ESPLANADE SUITES, LLC
attn: Hotel Manager
230 East Taylor Avenue
Wildwood, NJ 08260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Offices of Nolan Klein, P.A.
Nolan Klein, Esquire
5550 Glades Road, Suite 500
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/06/2020



**SUMMONS**

*s/ Janier A.*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court